**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                   21 CR. 89 (RMB)

 -against-

                   **ORDER**

LADO MIDDLEBROOKS,
     Defendant.
------------------------------------------------------------X

  The status conference previously scheduled for Tuesday, April 6, 2021 at 12:00 PM is hereby rescheduled to 1:00 PM on the same date.

  In light of the continuing COVID-19 pandemic, the status conference is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 2189

Dated: April 1, 2021
   New York, NY

                   _____
                    RICHARD M. BERMAN
                       U.S.D.J.