**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                                    21 CR. 89 (RMB)

             -against-
                                                                    **ORDER**

LADO MIDDLEBROOKS,
                          Defendant.
------------------------------------------------------------X

The status conference previously scheduled for Wednesday, June 9, 2021 at 9:00 AM is

hereby rescheduled to 10:30 AM on the same date.

In light of the continuing COVID-19 pandemic, the status conference is being held

telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in

information:


        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 2189


Dated: June 3, 2021
        New York, NY



                                                    _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.