**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

     -against-

LADO MIDDLEBROOKS,
                  Defendant.
------------------------------------------------------------X

21 CR. 89 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, August 31, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2189

Dated: August 19, 2021
       New York, NY

                                             RICHARD M. BERMAN
                                                 U.S.D.J.