# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2021

By ECF
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/21

Re:   **United States v. Lado Middlebrooks**
      **21 Cr. 89 (RMB)**

Dear Judge Berman,

   I write to respectfully request that the Court postpone today's motions deadline to Monday, October 4, 2021. Undersigned counsel is preparing the motions and needs a few more days to complete the process. The Government, by Assistant United States Attorney Sarah Kushner, has no objection to this application.

   If this request is granted, please also adjourn the response and reply deadlines for a few days as well: government's response due October 25 and defense reply due November 1, 2021.

   Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the resolution of the motions.

   Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Middlebrooks

Application granted on consent.

SO ORDERED:
Date: 9/30/21

Richard M. Berman
Richard M. Berman, U.S.D.J.