UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                               21 CR. 89 (RMB)

   -against-

                                                                             **ORDER**

LADO MIDDLEBROOKS,
                Defendant.
------------------------------------------------------------X

       The Court will hold a status conference in this case on Tuesday, January 25, 2022 at 10:30 AM.

       In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 2189

Dated: January 10, 2022
       New York, NY

                                                                *Richard M. Berman*
                                                _____
                                                       RICHARD M. BERMAN
                                                            U.S.D.J.