**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                                           21 CR. 89 (RMB)

         -against-

                                                           **ORDER**

LADO MIDDLEBROOKS,
                    Defendant.
--------------------------------------------------------------X


         The final pretrial conference scheduled for Monday, July 18, 2022 at 10:00 AM is hereby

rescheduled to Tuesday, July 19, 2022 at 11:00 AM.

         The proceeding will take place in Courtroom 17B.


Dated: April 27, 2022
         New York, NY


_____
                    RICHARD M. BERMAN
                    U.S.D.J.