**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

LADO MIDDLEBROOKS,
                Defendant.
------------------------------------------------------------X

21 CR. 89 (RMB)

**ORDER**

The Court will hold a plea on Tuesday, May 17, 2022 at 9:30 AM. The proceeding will take place in Courtroom 17B.

Dated: May 11, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.