# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 24, 2022

By ECF
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Lado Middlebrooks**
21 Cr. 89 (RMB)

Dear Judge Berman,

    I write to respectfully request that the Court adjourn the sentencing in the above-captioned case, for approximately 2 weeks, to the week of September 19. This short adjournment will accommodate a conflict in defense counsel's schedule that just emerged for the currently scheduled date of September 8, and would give the defense additional time to finalize our collection of mitigation materials, which we believe will be important for the Court's consideration at sentencing.

    This is the first request for an adjournment of sentencing. The Government by Assistant United States Attorney Sarah Kushner has no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Middlebrooks

---

Application granted. Sentencing is adjourned to Wednesday, September 28, 2022 at 10:00 AM. Defense submission is due 9/13/22. Government submission is due 9/20/22.

SO ORDERED:
Date: 8/25/22

*Richard M. Berman*
Richard M. Berman, U.S.D.J.