UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                  21 CR. 89 (RMB)

-against-

                  **ORDER**

LADO MIDDLEBROOKS,
     Defendant.
------------------------------------------------------------X

  The sentencing proceeding scheduled for Wednesday, September 28, 2022 at 10:00 AM is hereby rescheduled to 11:00 AM on the same date.

  In light of the continuing COVID-19 pandemic, the sentencing proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

  Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

  Dial-in Number: (646) 453-4442
  Conference ID: 203 238 178#

Dated: September 19, 2022
   New York, NY

                  *Richard M. Berman*
               _____
                 RICHARD M. BERMAN
                   U.S.D.J.