UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                    21 CR. 89 (RMB)

   -against-

                                                                                   **ORDER**

LADO MIDDLEBROOKS,
                Defendant.
------------------------------------------------------------X

      The sentencing proceeding previously scheduled for Wednesday, September 28, 2022 at 11:00 AM is hereby rescheduled to Tuesday, October 4, 2022 at 11:00 AM.

      In light of the continuing COVID-19 pandemic, the sentencing proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 203 238 178#

Dated: September 28, 2022
       New York, NY

                                                                  RICHARD M. BERMAN
                                                                      U.S.D.J.