UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                              Government,      :      21 CR. 89 (RMB)
                                          :
         - against -              :      **ORDER**
                                          :
LADO MIDDLEBROOKS,                       :
                                          :
                              Defendant.       :
---------------------------------------------------------------x

        The supervised release hearing is scheduled for Monday, September 23, 2024 at 11:00 A.M.

        In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

        Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 467 518 28#

Dated: September 18, 2024
       New York, NY

                                                  */s/ Richard M. Berman*
                                      **RICHARD M. BERMAN**
                                                **U.S.D.J.**