**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,     :        21 CR. 89 (RMB)
                                             :
     - against -                        :        **ORDER**
                                             :
LADO MIDDLEBROOKS,                           :
                                             :
               Defendant.      :
---------------------------------------------------------------x


       The supervised release hearing is scheduled for Monday, October 28, 2024 at

10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


       Dial-in Number: (646) 453-4442
       Conference ID: 914 576 839#


Dated: October 23, 2024
      New York, NY

                                   *Richard M. Berman*
                              **RICHARD M. BERMAN**
                                 **U.S.D.J.**