UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                    :
                             Government,          :          21 CR. 89 (RMB)
                                                                    :
             - against -                         :          **ORDER**
                                                                    :
LADO MIDDLEBROOKS,                          :
                                                                    :
                             Defendant.            :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 12, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 238 136 808#

Dated: December 4, 2024
       New York, NY

                                                RICHARD M. BERMAN
                                                     U.S.D.J.