UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                         Government,   :     21 CR. 89 (RMB)
                                           :
           - against -                   :     **ORDER**
                                           :
LADO MIDDLEBROOKS,                         :
                                           :
                         Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 27, 2025 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 244 431 71#

Dated: February 19, 2025
       New York, NY

                                                *Richard M. Berman*
                                          **RICHARD M. BERMAN**
                                                  **U.S.D.J.**