UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                          Government,    :        21 CR. 89 (RMB)
                                         :
            - against -                  :        **ORDER**
                                         :
LADO MIDDLEBROOKS,                       :
                                         :
                          Defendant.     :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, April 17, 2025 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 716 297 274#

Dated: April 9, 2025
       New York, NY

                                              _____
                                              RICHARD M. BERMAN
                                              U.S.D.J.