UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                          Government,    :    21 CR. 89 (RMB)
                                              :
           - against -                       :    **ORDER**
                                              :
LADO MIDDLEBROOKS,                            :
                                              :
                          Defendant.     :
---------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, June 11, 2025 at 12:00 P.M.

       On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now]

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 467 004 813#

Dated: June 4, 2025
       New York, NY

                                                                 RICHARD M. BERMAN
                                                                      U.S.D.J.