**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 21 CR. 89 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| LADO MIDDLEBROOKS, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

      The supervised release hearing scheduled for Wednesday, July 16, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: July 1, 2025
       New York, NY

                                        RICHARD M. BERMAN
                                              U.S.D.J.