UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                            Government,    :     21 CR. 89 (RMB)
                                         :
              - against -            :     **ORDER**
                                         :
LADO MIDDLEBROOKS,                       :
                                         :
                             Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, September 25, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 939 412 032#

Dated: September 10, 2025
      New York, NY

                                           _Richard M. Berman_
                                        **RICHARD M. BERMAN**
                                                 **U.S.D.J.**