UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                    Government,          :        21 CR. 89 (RMB)
                                                  :
        - against -                             :        **ORDER**
                                                  :
LADO MIDDLEBROOKS,                                :
                                                  :
                    Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 13, 2025 at 11:30 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 697 085 173#

Dated: November 5, 2025
       New York, NY

                                        **RICHARD M. BERMAN**
                                                  U.S.D.J.